AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| RODERICK BROWN | Case No. 2:08cr114-WHA |
| | USM No. 12496-002 |
| | Donnie Wayne Bethel |
| | Defendant's Attorney |

**THE DEFENDANT:**

✔ admitted guilt to violation of condition(s)   1-3 of the amended petition   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from unlawful use of a controlled substance | 7/27/2010 |
| 2 | Failure to refrain from unlawful use of a controlled substance | 8/19/2010 |
| 3 | Failure to refrain from committing another federal, state or local crime | 10/6/2010 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✔ Violation #4 is dismissed on oral motion of the Government.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   2023

Defendant's Year of Birth:   1985

City and State of Defendant's Residence:
Montgomery, AL

April 24, 2012
Date of Imposition of Judgment

/s/ W. Harold Albritton
Signature of Judge

W. Harold Albritton, Senior U. S. District Judge
Name and Title of Judge

April 25, 2012
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1A

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

Judgment — Page 2 of 2

**DEFENDANT:** RODERICK BROWN
**CASE NUMBER:** 2:08cr114-WHA

# IMPRISONMENT

. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**15 months with no supervision to follow.**
It is ORDERED that the term of supervised release imposed on November 13, 2008, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 15 months.

✔ The court makes the following recommendations to the Bureau of Prisons:

   The court recommends that Defendant be designated to a facility where drug treatment is available.

✔ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL